# Third District Court of Appeal

## State of Florida

Opinion filed October 2, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0520
Lower Tribunal No. 16-2574-FC-04
_____

**Dayro G. Delgado,**
Appellant,

vs.

**Bianca C. Acosta-Renta,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Christina Marie DiRaimondo, Judge.

Dayro G. Delgado, in proper person.

Bianca C. Acosta-Renta, in proper person.

Before EMAS, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150 (Fla. 1979); Gaspard v. Innocent, 389 So. 3d 638 (Fla. 3d DCA 2023) (affirmance required where no transcript or proper substitute and no fundamental error on the face of the order appealed); Mijares v. Echeverria, 365 So. 3d 426 (Fla. 3d DCA 2023) (reiterating that appellant bears burden of presenting a record that overcomes the presumption of correctness afforded to the trial court's findings and "[w]here there is no record of the testimony of witnesses or evidentiary rulings, and where a statement of the record has not been prepared . . . a judgment which is not fundamentally erroneous on its face must be affirmed.")